UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

GLENDY ARACELY PEREZ VILLALTA,      )
                                    )
          Petitioner,         )
                                    )
          v.               )      No. 1:26-cv-00711-JMS-KMB
                                    )
PAMELA BONDI Attorney General of the United  )
States, *et al.*,                           )

**ORDER**

The Court ordered the petitioner to show cause why this case should not be dismissed without prejudice due to her release from custody and removal from the United States. Dkt. 21. In response to that order, the petitioner "respectfully declines to address the question of mootness and defers to this Honorable Court on the disposition of the habeas action." Dkt. 23 at 1.

This case is **dismissed without prejudice** for the reasons articulated in the Court's order to show cause, dkt. 21. The **clerk is directed** to enter **final judgment**.

     **IT IS SO ORDERED.**

Date: 4/30/2026

                                    Hon. Jane Magnus-Stinson, Judge
                                    United States District Court
                                    Southern District of Indiana

Distribution:

Michael D. Ekman
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202

Calesia Henson
DOJ-USAO
calesia.henson@usdoj.gov

Kristin A. Hoffman
Gresk & Singleton
khoffman@gslawindy.com

Jo E. Lawless
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202

Benjamin Seth Schecter
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202

Timothy D. Thompson
U.S. Attorney Office - Louisville
717 W. Broadway
Louisville, KY 40202

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov